

## NUMBER 13-08-00029-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE: SERVICE CORPORATION INTERNATIONAL
### AND SCI TEXAS FUNERAL SERVICES, INC.

**On Petition for Writ of Mandamus**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides**
**Per Curiam Memorandum Opinion[1]**

Relators, Service Corporation International and SCI Texas Funeral Services, Inc.

d/b/a Mont Meta Memorial Park, have filed a petition for writ of mandamus by which they

request this Court to direct respondent, the Honorable Abel Limas, presiding judge of the

404th Judicial District Court of Cameron County, Texas, to vacate the trial court's order for

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

a new trial and enter a final judgment that denies injunctive relief.  This Court requested a response and one was filed.

The Court, having examined and fully considered the petition for writ of mandamus and the response, is of the opinion that relators have not shown themselves entitled to the relief sought and the petition for writ of mandamus should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus is DENIED.

Per Curiam

Memorandum Opinion delivered and filed
on the 3rd day of March, 2008.